UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BA HUNG NGUYEN,<br>    Petitioner,<br><br>    v.<br><br>JULIO CARAVIA, Director, Boston<br>Logan Airport Port of Entry,<br>Customs and Border Protection,<br>et al.,<br>    Respondents. | Civil Action No.<br>25-10661-NMG |

**SERVICE ORDER**

On March 20, 2025, Ba Hung Nguyen ("Nguyen" or "petitioner") filed, through counsel, an emergency petition for a writ of habeas corpus under 28 U.S.C. § 2241 alleging that petitioner is being held by the United States at Boston Logan International Airport, specifically by Customs and Border Protection, notwithstanding his possession of a valid I-551 stamp evidencing his status as a conditional lawful permanent resident entitled to entry to the United States.  (Docket No. 1).  At that time, an Order issued directing that Nguyen not be removed from the district without forty-eight hours' advance notice to the Court of the move and the reason therefor. (Docket No. 5).

The petition names Julio Caravia, Director of Boston Logan Airport Port of Entry, Customs and Border Protection ("CBP");

John Doe, Director of CBP's Boston Field Office; Patricia Hyde, Director of Immigration and Customs Enforcement's Boston Field Office; Antone Moniz, Superintendent of Plymouth County Correctional Facility; Kristi Noem, Secretary of the United States Department of Homeland Security; and Pam Bondi, Attorney General of the United States, as respondents. (Docket No. 1).

Nguyen also filed an emergency motion for order to show cause pursuant to 28 U.S.C. § 2243, that the respondents be required to show cause why the petition should not be granted. (Docket No. 3).

Upon review of the pleadings, the Court hereby orders:

1.  The emergency motion for an order to show cause is GRANTED.

2.  The Clerk of this Court shall serve a copy of the Petition and Motion upon the respondents and the United States Attorney for the District of Massachusetts.

3.  Respondents shall, no later than end of business Monday, March 24, 2025, file a return on the Order to Show Cause why the Petition for a Writ of Habeas Corpus should not be granted. Petitioner shall have an opportunity to file a reply by March 26, 2025. A hearing in this matter will be held before Judge Gorton on March 31, 2025 at 11am in Courtroom 4.

4.  Respondents are reminded that in order to give the Court time to consider the matter, unless otherwise ordered by

2

the Court, Nguyen shall not be moved outside the District of Massachusetts without providing the Court 48 hours' advance notice of the move and the reason therefor. Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

5. Service of this Order shall be made by Petitioner on the United States Attorney for the District of Massachusetts by 5pm on March 21, 2025 and shall constitute good and sufficient service.

**So ordered.**

/s/ Julia E. Kobick
JULIA E. KOBICK
United States District Judge

Dated: March 21, 2025