# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Ba Hung Nguyen,<br><br>    Petitioner,<br>v.<br><br>Julio Caravia, Director, Boston Logan Airport Port of Entry, Customs and Border Protection; John Doe, Director, Boston Field Office, U.S. Customs and Border Protection; Patricia Hyde, Director, Boston Field Office, U.S. Immigration and Customs Enforcement; Antone Moniz, Superintendent, Plymouth County Correctional Facility; Pam Bondi, Attorney General of the United States; Kristi Noem, Secretary of Homeland Security, in their official capacities,<br><br>    Respondents. | **PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>**Case No: 1:25-cv-10661-NMG** |

Petitioner Ba Hung Nguyen was released from custody in the late afternoon of March 21, 2025. Consequently, Petitioner hereby gives notice that he voluntarily dismisses this petition pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: March 23, 2025

Respectfully submitted,

/s/ Edward F. Ramos
Edward F. Ramos
(admitted *pro hac vice*)
eramos@kktplaw.com

John P. Pratt
(admitted *pro hac vice*)
jpratt@kktplaw.com

KURZBAN KURZBAN
TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, FL 33134
Telephone: (305) 444-0060
Facsimile: (305) 444-3500

Gregory Romanovsky, Esq. (BBO# 647569)
Romanovsky Law Offices
12 Marshall Street
Boston, MA 02108
T: 917-787-0000
F: 617-977-9770
E: gr@romanovskylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF) and paper copies will be sent to those indicated as non registered participants on March 23, 2025.

/s/ Edward F. Ramos
Edward F. Ramos
(admitted *pro hac vice*)
eramos@kktplaw.com

KURZBAN KURZBAN
TETZELI & PRATT, P.A.
131 Madeira Avenue
Coral Gables, FL 33134
Telephone: (305) 444-0060
Facsimile: (305) 444-3500

3